**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

MARCO GONZALES
ADC #129285                                                                                          PLAINTIFF

V.                              CASE NO. 2:09CV00129 JMM/BD

A. WEEKLY, *et al.*                                                                               DEFENDANTS

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Defendants' motion for summary judgment (#26) is DENIED as to Defendants Aundrea Weekly, Greg Harmon, Larry Norris, Fralisha Walton, and Ariel Sims, and GRANTED as to Defendant Brenda Perry. Further, Plaintiff's claims related to the grievance are DISMISSED with prejudice.

IT IS SO ORDERED, this 21st day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE