**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

MARCO GONZALES
ADC #129285                                                                                         PLAINTIFF

V.                              CASE NO. 2:09CV00129 JMM/BD

AUNDREA WEEKLY, *et al.*                                                                DEFENDANTS

### ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

The Defendants' motion to dismiss (docket entry #50) is GRANTED. Plaintiff's claims are DISMISSED without prejudice under Local Rule 5.5(c)(2) for failure to comply with the Court's Orders of July 2, 2010, and August 6, 2010.

IT IS SO ORDERED, this 21st day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE