# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**MARCO GONZALES**
**ADC #129285**                                                                          **PLAINTIFF**

**V.**             **CASE NO. 2:09CV00129 JMM/BD**

**AUNDREA WEEKLY,** *et al.*                                                             **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 21st day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE